FILED
OCT 13 2010

CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR10-40105 |
| Plaintiff, | ORDER DISMISSING INDICTMENT AND QUASHING WARRANT |
| vs. | |
| SHAWN LARRY HAWLEY, | |
| Defendant. | |

The Court having reviewed the Government's Motion to Dismiss Indictment and to Quash Warrant in this matter, and good cause appearing therefor, it is hereby

ORDERED that the Indictment in this matter is hereby dismissed, and the Warrant quashed.

Dated: Oct. 13, 2010

BY THE COURT:

KAREN E. SCHREIER
Chief Judge